**E-FILED**
Monday, 15 June, 2015  03:42:44 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 13-cr-30081 |
| | ) | |
| DUANE T. KEEBLER, JOSEPH R. | ) | |
| KEEBLER, and MICHAEL R. | ) | |
| KEEBLER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

The parties' Joint Motion for Order Allowing Deposit of Funds in Court Registry (d/e 97) is GRANTED.  Defendants Joseph Keebler and Duane Keebler are each directed to deliver a cashier's check or money order payable to the "Clerk, U.S. District Court" in the amount of $89,719.05 to the Clerk of the Court, Attn: Finance Department, 100 N.E. Monroe, Room 309, Peoria, Illinois 61602. Defendant shall reference their name and Case No. 13-30081 on the payment.

Page **1** of **2**

The Clerk is directed to accept these funds and deposit them in the Court registry pending further order of this Court.

IT IS SO ORDERED.

ENTER:  June 15, 2015

FOR THE COURT:              s/ Sue E. Myerscough
                            SUE E. MYERSCOUGH
                            UNITED STATES DISTRICT JUDGE