E-FILED
Thursday, 05 May, 2016  09:49:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  13-30080 |
| | ) | 13-30081 |
| MICHAEL R. KEEBLER, | ) | 14-30008 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| JEREMY VANSCYOC, | ) | |
| | ) | |
| Claimant. | ) | |

**STIPULATION**

The parties, the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, and Patrick Hansen, Assistant United States Attorney, and Jeremy Vanscyoc, through his attorney, Fred Schlosser, stipulate as follows:

On August 12, 2015, Judgment was entered against the defendant, Michael Keebler, which provided for payment of restitution to the Illinois Environmental Protection Agency, in an amount not to exceed $13,363,655.18, jointly and severally with Eric M. Andrews and Joel Andrews in Case No. 13-30080 and with Jeremy Vanscyoc, in Case No. 14-30008. (R.207)

1

Also on August 12, 2015, an Amended J&C was entered against Jeremy Vanscyoc in Case No. 14-30008, which provided for payment of restitution to the Illinois Environmental Protection Agency, in the amount of $262,132.00 to be paid jointly and severally with Eric Andrews, Joel Andrews and Michael Keebler. (R.40)

On September 16, 2015, a Final Order of Forfeiture and Money Judgment was entered against Michael R. Keebler, forfeiting, among other assets, certain bank accounts and personal property of Environmental Management, Inc. (EMI), which assets were to be sold or liquidated and the proceeds applied to the restitution of $13,363,655.18. (R.221)

On November 5, 2015, a Consent Order of Forfeiture of Substitute Assets was entered against the defendant, Michael Keebler, forfeiting, among other assets, all bank accounts, vehicles, business equipment, furniture and receivables of any description, of EMI, which assets were to be sold or liquidated and the proceeds applied to the restitution of $13,363,655.18.  (R.247)

On March 30, 2016, Jeremy Vanscyoc, filed a Third Party Claim to Forfeited Property of Environmental Management, Inc., claiming an interest in certain assets by virtue of his 1.96078% interest in EMI.  Vanscyoc asserts in his claim that he does not object to or contest the forfeiture of any assets of EMI, but requests that the proceeds received from any sale or liquidation of any of EMI's forfeited assets be applied to his remaining restitution balance of $87,519.74. (R.273)

2

The United States has confirmed that there are funds posted in the Court's registry, which represent the proceeds of assets of Michael Keebler, Eric Andrews, and Joel Andrews, liquidated to date, which exceed the current restitution balance due of $87,519.74 owed by Vanscyoc jointly and severally with Michael Keebler, Eric Andrews and Joel Andrews.  The United States has conferred with the Finance Department of the U.S. District Clerk's Office and has been informed that Vanscyoc's account will be paid in full once this Court orders release of said funds from the registry account.  It is anticipated that the Court will do so following the restitution hearing on July 18, 2016.

Based upon the foregoing representations, Claimant will voluntarily withdraw his Claim in order that the United States may advise the Court that all claims have been resolved and seek a Final Order of Forfeiture on the substitute assets sought to be forfeited.

JEREMY VANSCYOC, Claimant,

DATE: May 3, 2016

By_/s/Frederick J. Schlosser_____
Claimant's Attorney
Gates, Wise, Schlosser & Goebel
Attorneys at Law
1231 South Eighth Street
Springfield, Illinois 62703
(217) 522-9010

JAMES A. LEWIS
UNITED STATES ATTORNEY

Date:  May 3, 2016

By: /s/ Patrick D. Hansen
Assistant United States Attorney
Illinois Attorney Registration No. 6187536
 318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: /s/ Patrick D. Hansen
Assistant United States Attorney
Illinois Attorney Registration No. 6187536
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: patrick.hansen@usdoj.gov